**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TRUSTEES OF THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS EMPLOYEE BENEFITS FUND; TRUSTEES OF THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS ANNUITY FUND; TRUSTEES OF CARPENTERS, PENSION TRUST FUND - DETROIT AND VICINITY; TRUSTEES OF THE CARPENTERS, VACATION FUND - DETROIT AND VICINITY; and the MICHIGAN REGIONAL COUNCIL OF CARPENTERS UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, AFL-CIO,

              Plaintiffs,

vs.

MICHIGAN BUILDING & DEVELOPMENT, INC., a Michigan corporation, and JOHN J. KUFFER, SR., an individual, jointly and severally,

              Defendants.
_____/

Case No. 05-71596
Hon. Cohn, Avern

### ORDER GRANTING MOTION TO STAY CASE AND CLOSE FOR ADMINISTRATIVE PURPOSES

This matter having come before the Court on Plaintiffs' Ex Parte Motion to Stay Case and Close for Administrative Purposes;

IT IS THEREFORE ORDERED that this case is stayed due to Defendants' bankruptcy filing, and the clerk should close the case for statistical and administrative purposes.

IT IS FURTHER ORDERED that Plaintiffs may reinstate this case by the fling of a motion in the event that the stay is lifted and/or Defendants do not obtain a discharge of the alleged debt to Plaintiffs.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter, pending the resolution of the Defendants bankruptcy case.

      s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  September 14, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 14, 2005, by electronic and/or ordinary mail.

      s/Julie Owens
Case Manager
(313) 234-5160